UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| AUSTIN STUART FRAASE,                )<br>                                                          )<br>       Plaintiff,                                  )<br>                                                          )<br>    vs.                                              )          Case No. 23-cv-00117-ARS<br>                                                          )<br>ADVANTAGE CREDIT BUREAU,      )<br>                                                          )<br>       Defendant.                               )<br>                                                          ) | |

### ADVANTAGE CREDIT BUREAU INC.'S
### MOTION FOR SUMMARY JUDGMENT (FRCP 56)

PLEASE TAKE NOTICE that Defendant Advantage Credit Bureau, Inc. ("ACB"), through its attorneys, respectfully moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7.1 of the North Dakota Local Civil Rules, for an Order granting summary judgment on Plaintiff Austin Fraase's claim that ACB violated the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b), and for other and further relief as the Court deems just and proper. In support, ACB concurrently submits its Brief in Support of Summary Judgment and the supporting declarations of John J. Atallah, Trina Iverson, and Denielle Amundson.

4861-9106-7601

| | |
|---|---|
| Dated: July 18, 2024 | **Foley & Lardner LLP** |
| | /s/ *John J. Atallah* |
| | John J. Atallah |
| | CA Bar No. 21384, Admitted Pro Hac Vice |
| | 55 S. Flower Street, Suite 3300 |
| | Los Angeles, CA  90071-2418 |
| | 213.972.4834 |
| | jatallah@foley.com |
| | **ABST Law** |
| | Michelle M. Donarski (ND #05316) |
| | 4132 30th Ave S, Suite 100 |
| | P.O. Box 10247 |
| | Fargo, ND 58106-0247 |
| | (701) 235-3300 |
| | mdonarski@abstlaw.net |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2024, I electronically filed the foregoing document and attachments with the Clerk of the Court for the United States District Court for the District of North Dakota by using the Court's CM/ECF system, which will send notification to all counsel of record.

    /s/ *John J. Atallah*
John J. Atallah
Foley & Lardner LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA  90071-2418
213.972.4834
jatallah@foley.com

4861-9106-7601