Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Austin Stuart Fraase,
        Plaintiff,

vs.

        JUDGMENT IN A CIVIL CASE

Advantage Credit Bureau,
        Defendant.

Case No.   3:23-cv-117

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Fraase's motion for partial summary judgment (Doc. 64) is DENIED, and Advantage's motion for summary judgment (Doc. 66) is GRANTED. Because of the extensive briefing, Advantage's motion for a hearing (Doc. 86) is DENIED. Fraase's motion to strike (Doc. 81) is DENIED, and given this order, Advantage's motion to exclude testimony (Doc. 85) is MOOT.

Date:  March 28, 2025

KARI M. KNUDSON, CLERK OF COURT

by:  */s/ Bre Solberg Luedtke, Deputy Clerk*